UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

MICHELLE WAYE

          Debtor

Case No:

DISCLOSURE OF ATTORNEY'S COMPENSATION

## Disclosure of Compensation of Attorney For Debtor

1. Pursuant to 11 USC §329(a) and FRBP 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

For legal services I have agreed to accept:

    Fixed fee of $2500.00

Prior to the filing of this statement, I have received:

    $3000.00, of which $299.00 was paid to the United States Bankruptcy Court Clerk for the filing fee.

Balance Due:

    $0

2. The source of the compensation paid to me was:

    [X] Debtor                     [ ] Other (specify):

Disclosure of Compensation - 1

**JAMES E. DICKMEYER, PC**
903 Fifth Avenue Suite 106
Kirkland, Washington 98033
(425) 889-2324

3. The source of the compensation to be paid to me is:

   [X] Debtor            [ ] Other (specify):

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of names of the people sharing in the compensation, is attached hereto.

5. In return for the above-disclosed compensation, I have agreed to render legal services for certain aspects of the bankruptcy case, including analysis of the debtor's financial situation; rendering advice to the debtor in determining whether to file a petition in bankruptcy; preparation and filing of any petition, schedules, statement of affairs and plan; and representation of the debtor at the meeting of creditors.

6. By agreement with the debtor, the fixed fee does not include services which may be required in connection with turnover actions by the trustee, complaints to deny discharge or determine dischargeability, other adversary proceedings, 2004 examinations, depositions, proceedings to sell property free and clear or other contested matters as defined in BR 9014.

I hereby state under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

DATED this 21st day of August, 2009

James E. Dickmeyer, PC

By  */s/ James E. Dickmeyer*
    James E. Dickmeyer  WSBA #14318
    Attorney for Debtor

Disclosure of Compensation - 2

**JAMES E. DICKMEYER, PC**
903 Fifth Avenue   Suite 106
Kirkland, Washington  98033
(425) 889-2324