| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Samuel J. Steiner<br>Chapter 7<br>Hearing Location: Seattle<br>Hearing Date: January 29, 2010<br>Hearing Time: 9:30 am<br>Response Date: January 22, 2010 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Michelle Waye<br><br>Debtor. | No.: 09-18551-SJS<br><br>ORDER GRANTING RELIEF FROM STAY<br>To HSBC Bank USA, National Association, As Trustee For The Benefit Of The Certificateholders Of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing, LP |

This matter came before the Court upon HSBC Bank USA, National Association, As Trustee For The Benefit Of The Certificateholders Of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing, LP's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of HSBC Bank USA, National Association, As Trustee For The Benefit Of The Certificateholders Of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing, LP's motion and further as to the property located at 10113 Myers Wy South, Seattle, Washington 98168 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to HSBC Bank USA, National Association, As Trustee For The Benefit Of The Certificateholders Of Nomura

Order Granting Relief From Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-18551-SJS    Doc 16    Filed 01/26/10    Entered 01/26/10 14:41:57    Page 1 of 2

Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing, LP, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of HSBC Bank USA, National Association, As Trustee For The Benefit Of The Certificateholders Of Nomura Home Equity Loan, Inc. Asset-Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing, LP's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

*[Signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Mark Moburg
Mark Moburg, WSBA# 19463
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 09-18551-SJS    Doc 16    Filed 01/26/10    Entered 01/26/10 14:41:57    Page 2 of 2